

06-CR-05456-ORD

JUDGE RONALD B. LEIGHTON

Faxed to CJA 10/3

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-5456RBL |
| Plaintiff, | |
| vs. | ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| MAURICE DERUFF POSEY, | |
| Defendant. | |

The Court having considered the Motion for Withdrawal and Substitution of Counsel;

NOW THEREFORE IT IS HEREBY ORDERED that the Federal Public Defender, and Assistant Federal Public Defender Colin A. Fieman, are permitted to withdraw as defense counsel in this matter, and that new defense counsel shall be appointed to represent the defendant from the CJA panel.

Withdrawing counsel shall notify the CJA panel coordinator immediately of this order.

DONE this 30th day of October, 2006.

_____
RONALD B. LEIGHTON
U.S. DISTRICT COURT JUDGE

Presented by:

/s/_____
COLIN A. FIEMAN
Attorney for Defendant

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL  – 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-6710