1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MAURICE DERUFF POSEY,

Defendant.

CASE NO. CR06-5456RBL

ORDER CONTINUING
TRIAL DATE

On October 30, 2006, counsel for defendant was allowed to withdraw and new counsel was appointed on October 31, 2006. Mr. Posey had executed a speedy trial waiver during the hearing. In order to allow new counsel the time to prepare the November 13, 2006 trial date was stricken. The Trial Date is **NOW SET for February 20, 2007 @ 9:00 a.m.**

In view of the foregoing, the court finds and rules as follows:

1. Failure to grant a continuance in this matter would deny the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence. Title 18 U.S.C. §3161(h)(8)(B)(iv).

2. The ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. Title 18 U.S.C. §3161(h)(8)(A). The period of delay resulting from this continuance from **November 13, 2006 to February 20, 2007** is excluded for speedy trial computation purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) as this is a reasonable period of delay.

ORDER -1

ACCORDINGLY:

The Jury Trial is **CONTINUED** to **FEBRUARY 20, 2007 at 9:00 a.m.**

The Motions Cutoff date is extended to **JANUARY 8, 2007.**

IT IS SO ORDERED this 2nd day of November, 2006.

```
                          RONALD B. LEIGHTON
                          UNITED STATES DISTRICT JUDGE
                          Digitally Signed upon oral authorization (JAB)
```

ORDER -2