|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 | UNITED STATES DISTRICT COURT |
|   | WESTERN DISCTRICT OF WASHINGTON |
| 4 | AT TACOMA |

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. CR 06-5456 RBL |
| Plaintiff, | |
| v. | Order Continuing Trial Date |
| MAURICE DERUFF POSEY, | |
| Defendant. | |

**Order**

Maurice Posey moves the Court to continue his currently scheduled trial date of 2/20/07 to a new date some time up to and including 8/31/07.  The Government does not oppose this motion.  Mr. Posey bases this motion on his desire to allow himself and his attorney more time to review the evidence, the applicable law, and continue settlement negotiations.  The Court finds these reasons persuasive and GRANTS Mr. Posey's motion.  The Court finds:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(i).

3. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect

Order Continuing Trial

PHIL BRENNAN, Esq.
P.O. Box 22837
Seattle, WA 98122
(206) 372-5881

adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(8)(B(ii).

Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense. See 18 U.S.C. § 3161(h)(8)(B)(iv).

Accordingly, IT IS HEREBY ORDERED that the trial date is continued from February 20, 2007 until **JUNE 11, 2007 @ 9:00 am**. The resulting period of delay from February 20, 2007 to June 11, 2007 is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B). Pre-trial motions are due no later than **May 7, 2007**.

IT IS SO ORDERED this 6th day of February, 2007.

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:
/s/_____
Phil Brennan, 2/2/07; Atty for Mr. Posey

I do not oppose this Order:
/s/ per email approval to Mr. Brennan on 2/2/07
Kent Liu, AUSA
Representing the Government

Order Continuing Trial

PHIL BRENNAN, Esq.
P.O. Box 22837
Seattle, WA 98122
(206) 372-5881